# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 41 | **DATE** | 1/18/2008 |
| **CASE TITLE** | United States vs. Jerome Ware | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 1/18/08. Government's oral motion to unseal is granted. Defendant appears in response to arrest on 1/18/08. Defendant informed of his rights. Enter Order appointing James Graham as counsel for defendant. Government seeks detention. Detention hearing and status hearing on preliminary examination hearing set for 1/23/08 at 1:00 p.m. Defendant to remain in custody until further order of the Court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | KF |
|---|---|---|