# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

FILED
1-18-08
JAN 1 8 2008
MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

In the Matter of
United States vs.

Jerome Ware

Case Number: 08 CR 41

**APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:**

Jerome Ware

---

| (A) | (B) |
|---|---|
| SIGNATURE: /s/ James A. Graham | SIGNATURE: |
| NAME: James A. Graham | NAME: |
| FIRM: Law Office of James A. Graham | FIRM: |
| STREET ADDRESS: 53 W. Jackson Blvd., Ste 703 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, Illinois 60604 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 312 922-3777 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 6184279 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): |
| MEMBER OF TRIAL BAR?  YES [X]  NO [ ] | MEMBER OF TRIAL BAR?  YES [ ]  NO [ ] |
| TRIAL ATTORNEY?  YES [X]  NO [ ] | TRIAL ATTORNEY?  YES [ ]  NO [ ] |
|  | DESIGNATED AS LOCAL COUNSEL?  YES [ ]  NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): |
| MEMBER OF TRIAL BAR?  YES [ ]  NO [ ] | MEMBER OF TRIAL BAR?  YES [ ]  NO [ ] |
| TRIAL ATTORNEY?  YES [ ]  NO [ ] | TRIAL ATTORNEY?  YES [ ]  NO [ ] |
| DESIGNATED AS LOCAL COUNSEL?  YES [ ]  NO [ ] | DESIGNATED AS LOCAL COUNSEL?  YES [ ]  NO [ ] |

**PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.**