# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 41 | **DATE** | 1/23/2008 |
| **CASE TITLE** | United States vs. Jerome Ware | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 1/23/08 and continued to 1/25/08 at 1:30 p.m. Defendant to remain in custody until further order of the Court. Defendant waives his right to preliminary examination.  Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | KF |
|---|---|---|