UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 480 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| MARY CAIRO | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney


        By: */s/ Andrew S. Boutros*
           ANDREW S. BOUTROS
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 886-7641

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

ATTORNEY DESIGNATION and WITHDRAWAL AND SUBSTITUTION OF COUNSEL

were served on February 4, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By: */s/ Andrew S. Boutros*
ANDREW S. BOUTROS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7641

]