UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  O8 CR 41 |
| v. | ) | |
| | ) | Judge Michael T. Mason |
| JEROME WARE | ) | |

## **ATTORNEY DESIGNATION**

        Please take notice that KENNETH E. YEADON, Assistant United States Attorney has been

designated in the above captioned case.

                        Respectfully submitted,

                        PATRICK J. FITZGERALD
                        United States Attorney

                        By: s/Kenneth E. Yeadon_____
                          KENNETH E. YEADON
                          Assistant United States Attorney
                          219 South Dearborn Street
                          Chicago, Illinois 60604
                          (312) 353-5326