IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
J.N
FEB 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE LEINENWEBER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 0041 |
| v. | ) | |
| | ) | Violation: Title 21, United States |
| JEROME WARE | ) | Code, Section 841(a)(1) |
| | ) | |
| | ) | |

**MAGISTRATE JUDGE MASON**

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about September 29, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

JEROME WARE,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, in excess of 500 grams or more of a mixture or substance containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY