*Cll*

# United States District Court, Northern District of Illinois

Order Form (01/2005)

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 41 - 1 | **DATE** | 3/4/2008 |
| **CASE TITLE** | United States of America vs. Jerome Ware | | |

## DOCKET ENTRY TEXT

Arraignment held. Defendant enters plea of not guilty to the one count indictment. 16.1(A) Conference to be held by 3/18/2008. Status hearing set for 4/8/2008 at 9:00 a.m. The conditions of defendant's electronic monitoring is hereby modified to allow the defendant to maintain employment. Enter excludable delay in the interest of justice to begin 3/4/2008 and end 4/8/2008 pursuant to 18:3161(h)(8)(A)(B).  (X-T)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials | WAP |
|---|---|---|